MEMORANDUM OPINION

 

No. 04-11-00051-CR

 

Joe GONZALEZ,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 226th
Judicial District Court, Bexar County, Texas

Trial Court No. 2010CR4544

Honorable Sid L.
Harle, Judge Presiding

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Steven
C. Hilbig, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  March 9, 2011

 

DISMISSED FOR
WANT OF JURISDICTION

 

           Appellant Joe Gonzalez filed a notice
of appeal on January 21, 2011.The clerk’s record did not contain a judgment
against Joe Gonzalez or other appealable order of the trial court. See Tex. R. App. 26.2. We issued a show
cause order on February 1, 2011 ordering appellant to file a response by
February 11, 2011, showing why this appeal should not be dismissed for want of 

jurisdiction. See Tex. R. App. P.
42.3(c). Appellant has failed to file a response. Therefore, this appeal is
dismissed for want of jurisdiction. 

PER CURIAM

 

 

 

Do not publish